IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANDRE SMITH, MARCIA ADAMS, OMWA COOPER, OSCAR WILSON, MICHELLE SMITH-WILSON, NEKEITA HICKS, | * * * | CASE No. 1:17-cv-00101-ABJ |
| Plaintiffs, | * | |
| v. | * | |
| FRONTLINE COMMUNITY SERVICES, INC., DITTU ABRAHAM, JEAN SAMUEL, NINALA WILKINSON, | * * | |
| Defendants. | * | |



**FILED**
**JUL 1 8 2017**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Upon consideration of the Parties' Joint Motion for *In Camera* Review of Settlement Agreement, for Approval of Settlement, and for Dismissal With Prejudice and the Court's *in camera* review of the Settlement Agreement, and the entire record herein, it is hereby

**ORDERED** that the Parties' Joint Motion for *in camera* review is GRANTED; and it is further

**ORDERED** that the Parties' Joint Motion for Approval of the Settlement Agreement is GRANTED, in that it represents a bona fide compromise of each of the Plaintiffs' FLSA claims that is fair and reasonable in light of the FLSA's statutory requirements; and it is further

**ORDERED** that Parties' Joint Motion for Dismissal with Prejudice is GRANTED, and this matter is dismissed with prejudice; and it is further

**ORDERED** that the clerk of the Court close this case.

**SO ORDERED.**

DATE: July 18, 2017.

AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE